IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID SCOTT,<br><br>                Plaintiff,<br><br>vs.<br><br>MENARD, INC., a Corporation;<br><br>                Defendant. | 8:15CV127<br><br>**ORDER** |

The court's scheduling order for this case states: "Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute." (Filing No. 13, at CM/ECF p. 2). The purpose of this requirement is to limit motion practice in favor of first requiring candid discussions between counsel before contacting the court, and absent a resolution between counsel alone, then exploring potential resolution through court-facilitated discussions. Unnecessary motion practice is both expensive and time-consuming, and it undermines the goal of securing "a just, speedy, and inexpensive determination" of this case. Fed.Civ.R.1.

Plaintiff filed a motion to compel on April 12, 2016. (Filing No. 20). Plaintiff did not contact the court and set a conference before filing his motion. Thereafter, Defendant served discovery responses on April 15, 2016. So as of now, the court does not know what discovery disputes, if any, remain.

Accordingly,

IT IS ORDERED that Plaintiff's motion to compel, (Filing No. 20), is denied.

May 4, 2016.

                                                BY THE COURT:

                                                *s/ Cheryl R. Zwart*
                                                United States Magistrate Judge