IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DAVID SCOTT,

                Plaintiff,

vs.

MENARD, INC., a Corporation;

                Defendant.

**8:15CV127**

**ORDER**

After conferring with the parties,

IT IS ORDERED:

1)     The parties shall chart their discovery issues and respective positions using the Discovery Disputes Form posted online. The completed charts shall be emailed to zwart@ned.uscourts.gov on or before June 30, 2016. Any outstanding discovery disputes that are not timely identified in the Discovery Disputes Form will be deemed waived.

2)     A hearing on the parties' outlined discovery disputes will be held on the record using both telephonic and web meeting technology on July 5, 2016 at 8:30 a.m. The parties shall use the conferencing information assigned to this case, (see Filing No. 19), to participate in the hearing.

3)     The deadline for filing Plaintiff's response to Defendant's motion for summary judgment is stayed pending further order of the court.

June 22, 2016.

                              BY THE COURT:

                              *s/ Cheryl R. Zwart*
                              United States Magistrate Judge